Case 7:22-cv-00235   Document 30   Filed on 07/27/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARCELA GUADALUPE LEAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-00235 |
| | § | |
| ANTHONY J. BLINKEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Now before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. (Dkt. No. 29). After reviewing the Stipulation, the Court finds that it complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, **ORDERED** that:

1. All of Plaintiff Marcela Guadalupe Leal's claims against Defendants Antony J. Blinken and the United States Department of State are **DISMISSED WITH PREJUDICE**;

2. All expenses and costs of court will be paid by the party incurring the same; and

3. The Clerk is directed to close this case.

SO ORDERED July 27, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge